IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Samsung SDI Co., Ltd., | ) |
| Plaintiff, | ) |
| -vs- | ) Civil Action No. 5-1680 |
| Matshushita Electric Industrial Co., Ltd., and Panasonic Corporation of North America | ) |
| Defendants. | ) |

AMBROSE, District Judge.

**ORDER ON CLAIMS CONSTRUCTION**

Plaintiff Samsung SDI Co., Ltd. ("Samsung") has charged Defendants Matsushita Electric Industrial Co., Ltd. and Panasonic Corporation of North America (collectively referred to as "Panasonic") with infringement of claims 1-4, 10, 11 and 13 of U.S. Patent 6,674,237 ("the '237 Patent"), with infringement of claims 1-5, 7, 10 and 11 of U.S. Patent 6,828,731 ("the '731 Patent") and with infringement of claims 1, 2, 6 and 7 of U.S. Patent 6,884,142 ("the '142 Patent"). The patents related generally to plasma display panels.

Given the highly technical nature of the patents, the parties accepted my

1

recommendation to retain a Special Master to oversee the claims construction process. By Order dated June 29, 2006, I appointed Thomas Smegal, Jr. to serve as Special Master in this litigation. Mr. Smegal presided over a neutral tutorial held in Newport Beach, California in August of 2006. He then issued tentative rulings on claims construction. On September 6, 2006, the Special Master conducted a Markman hearing in the Western District of Pennsylvania, which I attended as an observer. The Special Master has issued his Proposed Findings, Conclusions and Recommendations on Claims Construction. See Docket No. 141.

I would like to take a moment to commend the Special Master on his work. This Court gave him a very narrow timetable. He digested an enormous amount of complex information and tendered, in an expedited fashion, a finely crafted claims construction. The parties' investment in Mr. Smegal's expertise was, in this Court's view, well worth the expense.

I have reviewed the neutral tutorial, I have reviewed the parties' submissions in advance of the Markman hearing, I have reviewed the Special Master's Preliminary Report and Tentative Claim Construction Rulings, I attended the Markman hearing, I have reviewed the Special Master's Proposed Findings, Conclusions and Recommendations on Claims Construction and I have reviewed Samsung's Objections thereto (Docket No. 144) and Panasonic's Objections thereto (Docket No. 143). After careful consideration, and for the reasons set forth therein, the Special Master's Proposed Findings, Conclusions and Recommendations on Claims Construction (Docket No. 141) are hereby adopted in

their entirety. Samsung's Objections (Docket No. 144) are denied and Panasonic's Objections (Docket No. 143) are denied.

By the Court:

Dated: November 6, 2006

*Donetta F. Ambrose*

Donetta W. Ambrose
Chief U.S. District Judge