IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMSUNG SDI CO., LTD., a corporation, | ) | CIVIL ACTION NO. 05-1680 DWA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., a corporation, and PANASONIC CORPORATION OF NORTH AMERICA, a corporation, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Counterclaim-Defendant Samsung SDI Co., Ltd. ("SDI"), on the one hand, and Defendant and Counterclaimants Matsushita Electric Industrial Co., Ltd. ("MEI") and Panasonic Corporation of North America ("PNA") (collectively "Panasonic"), on the other hand, that each and every of the claims of SDI and each and every of the claims of Panasonic (including any and all declaratory judgment claims, cross-claims, and/or counterclaims) in the above-captioned matter be and are hereby voluntarily dismissed ***with prejudice*** pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. The parties shall each bear their own respective costs and fees.

IT IS SO ORDERED.

Dated: 11/30/07            _____
                           UNITED STATES DISTRICT JUDGE

1

**APPROVED AS TO FORM:**

DATED: November 30, 2007      By: _____
James M. Singer (PA ID No. 73328)
Kristy L. Rizzo (PA ID No. 90046)
**PEPPER HAMILTON LLP**
One Mellon Center
500 Grant Street, 50th Floor
Pittsburgh, PA 15219
(412) 454-5000

Edward G. Poplawski (*admitted pro hac vice*)
Paul D. Tripodi (*admitted pro hac vice*)
Franklin D. Kang (*admitted pro hac vice*)
Olivia M. Kim (*admitted pro hac vice*)
**SIDLEY AUSTIN LLP**
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Dale B. Nixon (*admitted pro hac vice*)
**SIDLEY AUSTIN LLP**
717 N. Harwood, Suite 3400
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400

Attorneys for Plaintiff
**Samsung SDI Co., Ltd.**

|  |  |
|---|---|
| **APPROVED AS TO FORM:** | By: _____ |
|  | Timothy C. Wolfson (PA65572) |
|  | Alan B. Rosenthal (PA73254) |
| Dated: November 30, 2007 | **BABST, CALLAND, CLEMENTS & ZOMNIR, P.C** |

Two Gateway Center
Pittsburgh, PA 15222
Telephone: 412.394.5400
Facsimile: 412.394.6576
E-Mail: twolfson@bccz.com
E-Mail: arosenthal@bccz.com

Jack Q. Lever (*pro hac vice*)
Shamita D. Etienne-Cummings (*pro hac vice*)
**McDERMOTT WILL & EMERY LLP**
600 13th Street, N.W. 12th Floor
Washington, DC 20005-3096
Telephone:   202.756.8000
Facsimile: 202.756.8087
E-mail: jlever@mwe.com
E-mail: setienne@mwe.com

Matthew F. Weil (*pro hac vice*)
Jennifer L. Yokoyama (*pro hac vice*)
**McDERMOTT WILL & EMERY LLP**
18191 Von Karman Avenue, Suite 500
Irvine, CA 92612-7108
Telephone:949.851.0633
Facsimile: 949.851.9348
E-Mail: mweil@mwe.com
E-Mail: jyokoyama@mwe.com

Attorneys for Defendants **MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.** and **PANASONIC CORPORATION OF NORTH AMERICA**